BURKE *vs.* THE STATE OF GEORGIA.

Where, before the felonious taking of money by one person from another, the latter makes resistance, and the taking is not only without his consent, but against it, the crime is robbery, not larceny from the person.  Code, §§4389, 4410, 4412; 12 *Ga.*, 294; 66 *Id.*, 167.

Judgment affirmed.

January 21, 1885.

HALL, Justice.

[Burke was indicted and convicted of robbery.  The evidence for the state showed that one C. B. Roberts was

drinking and under the influence of liquor; that defendant went up to him and " kept fooling around " his overcoat; that he told defendant that he had nothing that belonged to him; that he had seven dollars which he took out of his pocket and started to put in his purse; that defendant grabbed four dollars and ran; that Roberts called after him, and he was pursued and arrested by the police, who found $4.00 on his person.

The evidence for the defendant was to the effect that he had a five dollar bill changed shortly before he was·arrested. The jury found him guilty; he moved for a new trial, which was refused, and he excepted.] .